**NOT FOR PUBLICATION OR CITATION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 07-CV-19-HRW

RICKY L. BARNARD                                                              PLAINTIFF

VS:                     **MEMORANDUM OPINION AND ORDER**

GARY BECKSTROM, ET AL.                                                        DEFENDANTS

Pursuant to the agreement of the respective Judges, **IT IS ORDERED** that the above-styled action be, and the same **HEREBY IS REASSIGNED** to Chief Judge Joseph M. Hood for all further proceedings.

This the 29th day of May, 2007.



Signed By:
*Joseph M. Hood*
United States District Judge